# EXHIBIT A

ELECTRONICALLY FILED
9/20/2017 4:40 PM
31-CV-2017-900711.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>31<br><br>Date of Filing:    Judge Code:<br>09/20/2017 |
|---|---|---|

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA**
**MIKE EMERSON v. LIFE INSURANCE CO. OF N. AMERICA**

**First Plaintiff:** ☐ Business ☑ Individual    **First Defendant:** ☑ Business ☐ Individual
                    ☐ Government ☐ Other                              ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☑ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER
            R ☐ REMANDED           T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO   **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** ALL016    9/20/2017 4:40:45 PM    /s/ MYRON KAY ALLENSTEIN
                              Date                  Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

ELECTRONICALLY FILED
9/20/2017 4:40 PM
31-CV-2017-900711.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form C-10<br>Page 1 of 2      Rev.2/95 | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER** | Case Number |
|---|---|---|

IN THE __Circuit__ COURT OF __Etowah County__, ALABAMA
    (Circuit, District, or Municipal)                (Name of County or Municipality)

STYLE OF CASE: __Mike Emerson__ v. __Life Ins Co. of N. America__
                    Plaintiff(s)                                    Defendant(s)

TYPE OF PROCEEDING: _____ CHARGE(s) (if applicable): _____

☐ **CIVIL CASE** – I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ **CIVIL CASE** – (such as paternity, support, termination of parental rights, dependency) – I am financially unable to hire an attorney and I request that the court appoint one for me.

☐ **CRIMINAL CASE** – I am financially unable to hire an attorney and request that the court appoint one for me.

☐ **DELINQUENCY/NEED OF SUPERVISION** – I am financially unable to hire an attorney and request that the court appoint one for my child/me

**AFFIDAVIT**

SECTION 1.

1. **IDENTIFICATION**
   Full name __Mike Emerson__ Date of Birth _____
   Spouse's full name (if married) _____
   Complete home address __1519 Co. Rd. 754, Ider, AL 35981__

   Number of people living in household _____
   Home telephone number _____
   Occupation/Job __disabled__ Length of employment __31 years__
   Driver's license number __8031743__ *Social Security Number __4/2/94 10 6T__
   Employer __ARZO Unit 1__ Employer's telephone number _____
   Employer's address __Chattanooga, TN__

2. **ASSISTANCE BENEFITS**
   Do you or anyone residing in your household receive benefits from any of the following sources? (if so, please check those which apply)
   ☒ AFDC    ☐ Food Stamps    ☐ SSI    ☐ Medicaid    ☐ Other __none__

3. **INCOME/EXPENSE STATEMENT**

   Monthly Gross Income:
   | | |
   |---|---|
   | Monthly Gross Income | $ |
   | Spouse's Monthly Gross Income (unless a marital offense) | 1200 |
   | Other Earnings: Commissions, Bonuses, Interest Income, etc, | |
   | Contributions from Other People Living in Household | |
   | Unemployment/Workmen's Compensation, Social Security, Retirements, etc, | |
   | Other Income (be specific) _____ | |
   | **TOTAL MONTHLY GROSS INCOME** | **$ 1240** |

   Monthly Expenses:
   | | |
   |---|---|
   | A. Living Expenses | $ |
   | Rent/Mortgage | ~ |
   | Total Utilities: Gas, Electricity, Water, etc | 500 |
   | Food | 300 |
   | Clothing | |
   | Health Care/Medical | |
   | Insurance | 900 |
   | Car Payment(s)/Transportation Expenses | ~ |
   | Loan Payment(s) | ~ |

*OPTIONAL

| Form C-10 Page 2 of 2  Rev.2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER | | |
|---|---|---|---|
| | Monthly Expenses:(cont'd page1) <br> Credit Card Payment(s) <br> Educational/Employment Expenses <br> Other Expenses (be specific) _____ | _____ <br> _____ <br> _____ | |
| | Sub-Total | | A $ _____ |
| B. | Child Support Payment(s)/Alimony | $ _____ | |
| C. | Sub-Total <br> Exceptional Expenses | $ _____ | B $ _____ |
| | TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only) | | $ _____ |
| | **Total Gross Monthly Income Less total monthly expenses:** <br> DISPOSABLE MONTHLY INCOME | | $ _0_ |

4. **LIQUID ASSETS:**
   Cash on Hand/Bank (*or otherwise available such as stocks, bonds, certificates of deposit*)   $ 2.00
   Equity in Real Estate (value of property less what you owe)   98,000
   Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe)   1200
   Other (*be specific*)
   Do you own anything else of value? ☐ Yes ☒ No
   (land, house, boat, TV, stereo, jewelry)
   If so, describe _____

   **TOTAL LIQUID ASSETS**   $ _____

5. **Affidavit/Request**
   I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provide by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

   Sworn to and subscribed before me this

   _20th_ day of _September_, _2017_       Affiant's Signature

   _Laura Lee Talbot_                        _Mike Emerson_
   Judge/Clerk/Notary                         Print or Type Name

**ORDER OF COURT**

**SECTION II**

IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:

☐ Affiant is not indigent and request is DENIED.
☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $_____ towards the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows: _____
☐ Affiant is indigent and request is GRANTED.
☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____ is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this _____ day of _____

_____
Judge

DOCUMENT 3
Case 4:17-cv-01790-VEH   Document 1-1   Filed 10/23/17   Page 5 of 16
ELECTRONICALLY FILED
9/20/2017 4:40 PM
31-CV-2017-900711.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | |
|---|---|
| MIKE EMERSON, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case Number: _____ |
| | * |
| LIFE INSURANCE COMPANY OF | * |
| NORTH AMERICA, | * |
| | * |
| Defendant | * |

## COMPLAINT

### Count I – LTD Benefits

1. Plaintiff has long term disability protection by an insurance contract with Life Insurance Company of North America through his employment with AKZO Nobel which pays benefits if he becomes disabled.

2. Plaintiff is disabled and entitled to disability benefits from Life Insurance Company of North America.

3. Life Insurance Company of North America paid short term disability benefits for six months.

4. Life Insurance Company of North America paid LTD benefits for two months and then terminated LTD.

5. Plaintiff filed a *pro se* notice of appeal on and when that was denied filed a second *pro se* notice of appeal.

6. Life Insurance Company of North America upheld the termination of benefits.

7. Life Insurance Company of North America issued a final denial letter on 8/8/17.

9. Plaintiff has exhausted all administrative remedies.

10. This claim is pursuant to 29 U.S.C. §1132.

WHEREFORE, Plaintiff prays for appropriate equitable relief including benefits, attorney fees and costs which are less than $50,000.

_____
MYRON K. ALLENSTEIN (ALL016)
ROSE MARIE ALLENSTEIN (ALL060)
ALLENSTEIN & ALLENSTEIN, LLC
Attorneys for Plaintiff
141 South 9th Street
Gadsden, AL  35901
(256) 546-6314
(256) 547-7648 (fax)
myron@allenstein.com
rose@allenstein.com

DOCUMENT 4

Case 4:17-cv-01790-VEH   Document 1-1   Filed 10/23/17   Page 7 of 16

ELECTRONICALLY FILED
9/21/2017 9:04 AM
31-CV-2017-900711.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | |
|---|---|
| EMERSON MIKE ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.:  CV-2017-900711.00 |
| ) | |
| LIFE INSURANCE CO. OF N. AMERICA ) | |
| Defendant. ) | |

ORDER ON AFFIDAVIT OF SUBSTANTIAL HARDSHIP

Affiant is indigent and request is GRANTED. The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.

DONE this 21st day of September, 2017

/s/ DAVID A KIMBERLEY
_____
CIRCUIT JUDGE



AlaFile E-Notice

31-CV-2017-900711.00
Judge: DAVID A KIMBERLEY

To:  ALLENSTEIN MYRON KAY
myron@allenstein.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

MIKE EMERSON V. LIFE INSURANCE CO. OF N. AMERICA
31-CV-2017-900711.00

The following matter was FILED on 9/21/2017 9:04:28 AM

Notice Date:    9/21/2017 9:04:28 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2017-900711.00

Judge: DAVID A KIMBERLEY

To: LIFE INSURANCE CO. OF N. AMERICA (PRO SE)
CT CORPORATION SYSTEM
2 N. JACKSON ST. STE. 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

MIKE EMERSON V. LIFE INSURANCE CO. OF N. AMERICA
31-CV-2017-900711.00

The following matter was FILED on 9/21/2017 9:04:28 AM

Notice Date:     9/21/2017 9:04:28 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2017-900711.00

To: MYRON KAY ALLENSTEIN
myron@allenstein.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

MIKE EMERSON V. LIFE INSURANCE CO. OF N. AMERICA
31-CV-2017-900711.00

The following complaint was FILED on 9/20/2017 4:40:49 PM

Notice Date:     9/20/2017 4:40:49 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2017-900711.00

To: LIFE INSURANCE CO. OF N. AMERICA
CT CORPORATION SYSTEM
2 N. JACKSON ST. STE. 605
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

MIKE EMERSON V. LIFE INSURANCE CO. OF N. AMERICA
31-CV-2017-900711.00

The following complaint was FILED on 9/20/2017 4:40:49 PM

Notice Date:     9/20/2017 4:40:49 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>31-CV-2017-900711.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA**
**MIKE EMERSON V. LIFE INSURANCE CO. OF N. AMERICA**

**NOTICE TO:** LIFE INSURANCE CO. OF N. AMERICA, CT CORPORATION SYSTEM 2 N. JACKSON ST. STE. 605, MONTGOMERY, AL 36104
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), MYRON KAY ALLENSTEIN,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 141 S. 9TH STREET, GADSDEN, AL 35901.
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of MIKE EMERSON
*[Name(s)]*
pursuant to the Alabama Rules of the Civil Procedure.

9/20/2017 4:40:49 PM            /s/ CASSANDRA JOHNSON       By: _____
*(Date)*                        *(Signature of Clerk)*           *(Name)*

☑ Certified Mail is hereby requested.      /s/ MYRON KAY ALLENSTEIN
                                           *(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
*(Name of Person Served)*     *(Name of County)*
Alabama on _____.
*(Date)*

_____                                                     *(Address of Server)*
*(Type of Process Server)*    *(Server's Signature)*

                              *(Server's Printed Name)*    *(Phone Number of Server)*



# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
MIKE EMERSON V. LIFE INSURANCE CO. OF N. AMERICA

31-CV-2017-900711.00

To:   CLERK ETOWAH
      clerk.etowah@alacourt.gov

**TOTAL POSTAGE PAID: $6.77**

Parties to be served by Certified Mail - Return Receipt Requested

LIFE INSURANCE CO. OF N. AMERICA                    Postage: $6.77
CT CORPORATION SYSTEM
2 N. JACKSON ST. STE. 605
MONTGOMERY, AL 36104

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LIFE INSURANCE CO OF N AMERICA
CT CORPORATION SYSTEM
2 N JACKSON ST
STE 605
MONTGOMERY AL 36104
CV17-900711 DAK
D001

9590 9402 3191 7166 4315 32

2. Article Number (Transfer from service label)

7016 3010 0000 9359 9151

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Laura McHan_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) | Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No


FILED
OCT 02 2017
CASSANDRA "SAM" JOHNSON
CIRCUIT COURT CLERK

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...Mail
☐ ...Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #

9590 9402 3191 7166 4315 32

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box*

CASSANDRA "SAM" JOHNSON
ETOWAH COUNTY CIRCUIT CLERK
801 FORREST AVE - SUITE 202
GADSDEN, ALABAMA 35901





AlaFile E-Notice

31-CV-2017-900711.00

Judge: DAVID A KIMBERLEY

To: ALLENSTEIN MYRON KAY
myron@allenstein.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

MIKE EMERSON V. LIFE INSURANCE CO. OF N. AMERICA
31-CV-2017-900711.00

The following matter was served on 9/25/2017

**D001 LIFE INSURANCE CO. OF N. AMERICA**
**Corresponding To**
CERTIFIED MAIL

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150