# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **MIKE EMERSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO.: |
| | ) 4:17-CV-1790-VEH |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA,** | ) |
| | ) |
| Defendant. | ) |

## ORDER DISMISSING CASE

All parties hereto have filed a Joint Stipulation of Dismissal With Prejudice, (doc. 8). Therefore, the court **ORDERS** that this action and all claims contained herein are **DISMISSED WITH PREJUDICE**, costs taxed as paid.

**DONE** and **ORDERED** this 1st day of February, 2018.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge